IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND MATHIS,**         )<br>                             )<br>     **Plaintiff,**        )<br>                             )<br>     **v.**                  )<br>                             )<br>                             )<br>**C/O DOWNS, et al.,**       )<br>                             )<br>     **Defendants.**         ) | **CIVIL ACTION NO.**<br>**1:20cv498-MHT**<br>**(WO)** |

**OPINION**

**Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner in the Houston County Jail, filed this lawsuit challenging the legality of the jail's inmate grievance procedure. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and that this case be dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation of the case. There are no objections to the recommendation. After an independent and de novo review of the record, the**

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of August, 2020.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**